Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH SABEL | ) Case No. 3:13-cv-01968-CAB-DHB |
| | ) |
| Plaintiff, | ) **CLASS ACTION** |
| | ) |
| vs. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| | ) |
| LVNV FUNDING, LLC, | ) |
| | ) |
| Defendants. | ) |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 31st day of October, 2013.

                    By: s/Todd M. Friedman
                       TODD M. FRIEDMAN
                       Law Offices of Todd M. Friedman, P.C.
                       Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 31st day of October, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cathy Ann Bencivengo
United States District Court
Southern District of California

Ben Mohandesi
Yu Mohandesi LP
Attorney for Defendant

This 31st day of October, 2013.

s/Todd M. Friedman
Todd M. Friedman